**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 23-cv-24476-JB

ARMANDO RUBIO,

        Plaintiff,

v.

ALGO CAPITAL, LLC, *et al.*,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon the Motion to Withdraw filed by Plaintiff's counsel, Andre Rouviere of The Law Firm of Andre A. Rouviere ("AR"), in ECF No. [68] (the "Motion to Withdraw"). AR asks the Court to allow Plaintiff a period of forty-five days to retain new counsel or advise the Court of his intent to proceed *pro se*.

Upon due consideration of the Motion, the record in this case, and being otherwise advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

    1.    AR's Motion to Withdraw as counsel for Plaintiff is hereby **GRANTED IN PART AND DENIED IN PART**.

    2.    AR may withdraw as counsel for Plaintiff in this matter and is hereby relieved of any other duties or obligations in this case.

    3.    Plaintiff shall, by **September 24, 2024**, either: (a) retain new counsel, and new counsel shall file a Notice of Appearance, or (b) file a Notice of Intent to Proceed *Pro Se*. Failure to do so may result in a dismissal of this action without further notice.

      4.     Until such time as Plaintiff Armando Rubio retains new counsel, all future pleadings and papers directed to him shall be served on him at the following address: Armando Rubio, P.O. Box 12276, Miami, FL 33101.

      5.     Within **two days** of the entry of this Order, AR shall mail a copy of this Order to Plaintiff's address in paragraph 4 and shall file a notice with the Court certifying the same.

      **DONE AND ORDERED** in Miami, Florida this 5th day of September, 2024.

_____
**JACQUELINE BECERRA,**
**UNITED STATES DISTRICT JUDGE**