# AFFIDAVIT

BEFORE ME, the undersigned authority personally appeared Kenny Winn who, after being duly sworn, deposes and says:

1. My name is Kenneth Winn, I am over the age of majority, and I am a resident of Clarke County, Las Vegas, Nevada.

2. That in or about 2021, I learned that my friend, Julio Cruz, had invested in an algorithm owned by Algo Capital, LLC. which was extremely profitable.

3. After I conducted some research, I too became very interested in investing in Algo Capital, LLC algorithm.

4. I became partners in Julio Cruz' Algo account and ultimately invested approximately $670,000.00.

5. I am also familiar with Armando Rubio whom I met through Julio Cruz. Mr. Rubio was someone who held himself out as a successful financier.

6. After Mr. Rubio and Mr. Cruz ended their friendship in February 2023, Mr. Rubio contacted me about joining him in a lawsuit against Julio Cruz and Algo Capital, LLC. and its officers; I declined.

7. Before Mr. Rubio had filed the federal lawsuit against Algo, Julio Cruz and others, he called me again to claim Mr. Cruz was a fraud and asked me to fly to Miami to meet with him and other investors whom he claimed Mr. Cruz had defrauded. He said the purpose of the meeting was to gather documents and any additional information to use to build a case against Mr. Cruz.

8. Shortly after my arrival and meeting with Mr. Rubio and his attorney's paralegal it became clear to me that Mr. Rubio had no other investors which he claimed to have during our phone call.

9. Within a few weeks after meeting with Mr. Rubio and the paralegal it became evident to me that Mr. Rubio had lied to me during our phone conversation about everything. I realized that Mr. Rubio had no documents, and or other investors to support his case when he asked me for my documents from my investment in Algo, that he wanted to use them as a template for a lawsuit against Mr Cruz and Algo.

10. And when he also asked me to pay 50% of his legal fees, I realized he had also been lying about being a successful financier.

11. I declined to make copies of my documents about the Algo investment, and I told Mr. Rubio that I wanted no part of that conduct. I also declined to contribute money to pay his attorneys.

12. I have not spoken to or heard from Mr. Rubio since refusing to provide him with copies of my investment documents in Algo.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KENNETH WINN

STATE OF NEVADA )

ss:

CLARKE COUNTY )

SWORN TO AND SUBSCRIBED before me this 10 day of September 2024.

_____
NOTARY PUBLIC, State of Nevada at Large

My Commission Expires
05-03-2028

BENJAMIN ACUNA
Notary Public, State of Nevada
No. 24-0405-01
My Appt. Exp. May 3, 2028

_____ Personally Known Or

__X__ Produced Identification

__Nevada drivers License__ Type of Identification