UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARMANDO RUBIO,

      Plaintiff,

Case No.: 23-cv-24476

v.

ALGO CAPITAL, LLC., a Florida Corporation, K.SUNSET CONSULTING, INC., a Florida corporation, KAITO GROUP, LLC., a Wyoming limited liability corporation, ROBERT D. COLLAZO, JR., JUAN HERMAN JULIO CESAR CRUZ, and JULIAN CRUZ, all in their individual capacity

      Defendants.
_____/

## MOTION FOR HEARING ON DEFENDANTS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION

COME NOW, the Defendants Julio Cruz ("Cruz"), Julian Cruz, K Sunset Consulting, Inc., and Kaito Group, LLC by and through their undersigned counsel, and pursuant to Discovery Order ¶ 3(a) and moves this Honorable Court to schedule a hearing on Defendants' Motion to Compel the Plaintiff's Attendance at Deposition and in support state as follows:

1. The Plaintiff, Armando Rubio, failed to appear at two mutually scheduled depositions. However, on the morning of the second deposition the Plaintiff filed a *pro se* Motion for Protective Order (Attached as Exhibit "1")..

2. The Motion to Compel Attendance at Deposition is attached hereto and marked as Exhibit "2".

3. Undersigned counsel is seeking to enforce the discovery obligations of the parties, to-wit: The appearance at the taking of a party's deposition.

4. Counsel has confirmed with chambers that the hearing calendar of the Court is available on October 10, 2024, at 10:30 a.m. for the hearing on Defendants' Motion to Compel Plaintiff's Attendance at Deposition.

I HEREBY CERTIFY that I have conferred with or sought to confer with the Plaintiff, Armando Rubio, as follows:

a. On Sunday, September 15, 2024, undersigned counsel made his initial request for Mr. Rubio's agreement to take his deposition, and when he opposed the request, counsel asked for Mr. Rubio's availability for a hearing on Defendants' Motion to Compel.
b. Undersigned counsel again contacted the Plaintiff, Armando Rubio, on Tuesday, September 17, 2024. Mr. Rubio did not provide an availability for a hearing. In the morning Rubio texted that he was finishing a zoom call and would return my call; he never did.
c. On Wednesday, September 18, 2024, and Thursday, September 19, 2024, although he responded to my emails requesting his availability, he did not provide dates of his availability; he only referred me to his motions which of course do not contain any dates of his availability.
d. On September 20 and 21, 2024, I again sought to obtain Rubio's availability for his attendance at deposition. Rubio refused to respond either by not returning undersigned's calls or emails, or when he did by stating essentially, that I should refer to the motions he had filed on September 9, 2024, none of which speak to his availability.
e. On September 23, 2024, I made yet another availability request which stated: "Please advise what dates you are unavailable for a hearing on my Motion to Compel your attendance at your deposition and for sanctions for your failure to appear on 2 other occasions scheduled for the taking of your deposition". Mr. Rubio failed to respond to that request.
f. Undersigned followed up most requests with second requests for availability.

Respectfully submitted,

MICHAEL BLACKER, P.A.
Post Office Box 162850
Miami, Florida 33116
Telephone:   (305) 510-8538
Telefax:     (305) 445-5990
E-Mail: michael.blackerpa@gmail.com
By: /s/ Michael Blacker
   MICHAEL BLACKER
   Florida Bar No.: 121822

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing was electronically filed with the Clerk of Court using CM/ECF this ___25th___ day of September 2024, and was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                                              _Michael Blacker_____
                                              Michael Blacker