UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-24476-Civ-BECERRA/TORRES

ARMANDO RUBIO,

    Plaintiff,

v.

ALGO CAPITAL, LLC, a Florida corporation,
and K SUNSET CONSULTING INC., a
Florida corporation, KAITO GROUP, LLC,
a Wyoming limited liability corporation,
ROBERT D COLLAZO, JR, JUAN HERMAN,
JULIO CESAR CRUZ, JILIAN CRUZ,
all in their individual capacity,

    Defendants.
_____/

## OMNIBUS ORDER

This cause comes before the Court on Plaintiff's Motion to Submit Exhibits [D.E. 86]; Defendant's Motion for Hearing [D.E. 89]; and Defendant's Motion to Compel Attendance at Deposition [D.E. 90]. In light of the Court's Order denying Plaintiff's Motion for Protective Order and requiring Plaintiff to attend his deposition, each of these motions is **DENIED as MOOT**.

**DONE and ORDERED** in Chambers in Miami, Florida this 1st day of October, 2024.

                                              /s/ *Edwin G. Torres*
                                              EDWIN G. TORRES
                                              United States Magistrate Judge