UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24476-JB

ARMANDO RUBIO,

    Plaintiff,

v.

ALGO CAPITAL, LLC, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Voluntary Dismissal with Prejudice and Notice of Dismissal in ECF Nos. [96] and [97], in which Plaintiff dismisses this action with prejudice, with each party to bear their own costs and attorneys' fees. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE